## HOOPER v. STATE.
### No. 16899.

Court of Criminal Appeals of Texas.
June 6, 1934.

P. P. Long, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The indictment properly charges the offense. The record contains neither bills of exception nor statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.